

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00224-CV

**STANDARD HODGES,**

**Appellant**

 **v.**

**VIEN LADD A/K/A LADD VIEN,
STEPHEN T. VANROOY AND
RANCHERO LAND COMPANY, LP,**

**Appellees**

---

**From the 40th District Court
Ellis County, Texas
Trial Court No. 110566**

---

## MEMORANDUM OPINION

---

Appellant, Standard Hodges, who is not indigent and has retained counsel, appeals from a June 30, 2023 order of dismissal. The order is entitled "Order Granting Ladd Vien's Rule 91a Motion to Dismiss" and specifically refers to "Defendant Ladd Vien's Rule 91A Motion to Dismiss Plaintiff's Second Amended Petition." *See* TEX. R. CIV.

P. 91a. The order does not purport to dispose of Hodges's claims against defendants Stephen Van Rooy and Ranchero Land Company, LP. Our jurisdiction is limited to appeals from final judgments, except as explicitly allowed by statute. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.012; *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because no statute permits interlocutory appeals from Rule 91a dismissals, the record must demonstrate that the order appealed from is final and appealable. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014.

On August 3, 2023, we notified Hodges that there does not appear to be a final order from which he can appeal to this Court, and the appeal is subject to dismissal. We further notified him that the Court may dismiss this appeal unless, within twenty-one days from the date of the letter, a response is filed showing grounds for continuing the appeal. On August 24, 2023, Hodges responded by filing a request to retain the appeal on the docket in which he explained that he had filed a motion to sever in the trial court and was awaiting a hearing on the motion. Hodges has filed nothing further in this Court. Because the order Hodges attempts to appeal does not dispose of all parties and claims, it is not final, and we have no jurisdiction to hear the appeal. *See Lehmann*, 39 S.W.3d at 195.

We dismiss the appeal for want of jurisdiction.

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed October 17, 2023
[CV06]

